UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

UNITED STATES OF AMERICA          CASE NO.: 07-M-1123

v.

BORIS NAYFELD
_____/

**MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant, **BORIS NAYFELD**, moves this Court to modify the conditions of his release and in support says as follows:

1. Defendant seeks to travel from his home in the Eastern District of New York to his home in Miami, Dade County, Florida on December 18, 2007, to return to his home in the Eastern District of New York on or before January 31, 2008.

2. Defendant's home is in the Southern District of Florida and is located at: Winston Towers 600, 210 - 174th Street, Apartment No. 1209, Miami, Florida 33160.

3. The purpose of Defendant's seeking to travel is because the apartment is currently vacant and needs repairs prior to it being rented again. Defendant and his family would make said repairs.

4. Defendant would continue to abide by the rules of this Court.

Nayfeld/Motion to Modify Conditions of Release          1

*[Handwritten annotations: "Motion granted. So Ordered. /s/ JMA USMJ 12/20/07"]*

*[Handwritten: "EX-A"]*

5. Assistant United States Attorney, Steven Tiscione, does not object to the Court granting this Motion.

WHEREFORE, Defendant respectfully requests this Honorable Court to enter an Order granting this Motion and modifying the conditions of his release.

TASSONE and SICHTA, LLC.

*[signature]*

FRANK TASSONE, ESQUIRE
FL Bar No. 165611
1833 Atlantic Blvd.
Jacksonville, FL 32207
(904) 396-3344
Fax: (904) 396-3345

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that copies of the foregoing have been furnished to the Office of the United States Attorney, 271 Cadman Plaza East, Brooklyn, New York 11201, by facsimile delivery **(718) 254-6321** this 12th day of December 2007.

*[signature]*

FRANK TASSONE, ESQUIRE