UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

UNITED STATES OF AMERICA          CASE NO.: cr08-0449CPS

v.

BORIS NAYFELD
_____/

### THIRD MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant, **BORIS NAYFELD**, moves this Court to modify the conditions of his release and in support says as follows:

1. Defendant seeks to travel from his home located in the Eastern District of New York to visit relatives residing in the boundaries of the Northern District of New York and the District of New Jersey.

2. Defendant would continue to abide by the rules of this Court and his pre-trial release conditions.

3. The undersigned does not know the position of Assistant United States Attorney, Toni Mele with regard to this Motion.

WHEREFORE, Defendant respectfully requests this Honorable Court to enter an Order granting this Motion and modifying the conditions of Defendant's release.

Nayfeld/Third Motion to Modify Conditions of Release          1



EX-B

DATED this 9th day of June 2008.

**TASSONE and SICHTA, LLC.**

*[signature]*

**FRANK TASSONE, ESQUIRE**
FL Bar No. 165611
1833 Atlantic Blvd.
Jacksonville, FL 32207
(904) 396-3344
Fax: (904) 396-3345

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to Toni Mele, Esquire, Office of the United States Attorney, 271 Cadman Plaza East, Brooklyn, New York 11201, by facsimile delivery **(718) 254-6321** this 9th day of June 2008.

*[signature]*

**FRANK TASSONE, ESQUIRE**