MAY-27-2009 12:34    TASSONE LAW OFFICE                         9043960924       P.001/001
Case 1:16-cr-00207-KPF   Document 42-5   Filed 06/29/18   Page 1 of 1
Case 1:08-cr-00044-FB-RML   Document 150   Filed 05/27/09   Page 1 of 1 PageID #: 594

The Law Office of
# Tassone & Sichta, LLC
1833 Atlantic Boulevard
Jacksonville, FL 32207
Phone (904) 396-3344 - Fax (904) 396-3349

**Frank Tassone**
frank@tassonelaw.com

**Jesse Dreicer**
jesse@tassonelaw.com

**Rick Sichta**
rick@tassonelaw.com

May 27, 2009

Honorable Judge Charles P. Sifton
Senior Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

VIA FACSIMILE    718-613-2307

RE:   United State of America vs. Boris Nayfeld
      Case No. cr08-04449CPS

Dear Judge Sifton:

My client, Boris Nayfeld, is due to be sentenced on Monday, June 15, 2009, at 12:00 p.m. The purpose of this correspondence is to ask your permission to allow Mr. Nayfeld to attend a wedding in Staten Island, New York, on Saturday, June 6, 2009, leaving his residence at 5:00 p.m. and return home on or before 3:00 a.m. Sunday, June 7th, 2009.

Mr. Nayfeld would also like your permission to attend a friend's anniversary dinner in Brooklyn, New York, on Saturday, June 13, 2009, leaving his residence at 7:00 p.m. and return home on or before 3:00 a.m. on Sunday, June 14, 2009.

Assistant United States Attorney, Steve Tiscione, has no objection to allowing Mr. Nayfeld this request. Your consideration in this matter is very much appreciated. I remain,

Respectfully yours,

Frank Tassone
Florida Bar No. 165611

FT/ig
CC:   Steve Tiscione, Esquire
      Assistant U. S. Attorney
      (Fax: 718-254-6327)

So Ordered

s/Hon. Charles P. Sifton
CPS
May 27, 2009

EX-C

TOTAL P.001