SEP-16-2009  10:55    TASSONE LAW OFFICE    9043969924    P.001/001
Case 1:16-cr-00207-KPF    Document 42-6    Filed 06/29/18    Page 1 of 1
Case 1:08-cr-00044-FB-RML    Document 165    Filed 09/16/09    Page 1 of 1 PageID #: 641

The Law Office of

# Tassone & Sichta, LLC

1833 Atlantic Boulevard
Jacksonville, FL 32207
Phone (904) 396-3344 - Fax (904) 396-3340

**Frank Tassone**              Jesse Dreicer              **Rick Sichta**
frank@tassonelaw.com           jesse@tassonelaw.com       dick@tassonelaw.com

September 16, 2009

Honorable Charles P. Sifton
Senior Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
**VIA FACSIMILE: (718) 613-2307**

RE:  USA vs. Boris Nayfeld; Case No. cr-08-04449CPS    *CR-08-0044 (CPS)*

Dear Judge Sifton:

Reference is made to my letter to you dated September 9, 2009, and Mr. Nayfeld's request for travel plans.

Mr. Nayfeld is seeking your approval to leave his residence **on September 25, 2009, at 2:00 p.m. and return home at 3:00 a.m. on September 27, 2009,** to visit with friends in New Jersey.

**October 4, 2009,** is Mr. Nayfeld's birthday. He again would like the Court's permission to attend a birthday party on that date (10/4/09) and return to his home no later than **3:00 a.m. on October 5, 2009, which happens to be the date he surrenders himself to the United States' Marshal's Service.**

Steve Tiscione previously advised that he has no objection to the Court granting this request.

Would you please have your Office or trial clerk contact my secretary, Inez, at **(904) 396-3344** and advise of the Court's position? I remain,

*So Ordered*
s/Hon. Charles P. Sifton
*USDJ*

Respectfully yours,

*Frank Tassone/ig*
Frank Tassone

FT/ig
CC:  Steve Tiscione, Esquire
     Assistant U. S. Attorney
     (Fax: 718-254-6327)
     Mr. Robert Long, III, U.S. Pretrial Services Officer
     (via fax: 718-613-2633)

*9/16/09*

**EX-D**

TOTAL P.001