UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA          16 Cr. 207 (KBF)

v.

BORIS NAYFELD
_____

**<u>ORDER</u>**

UPON Motion of the Defendant, Boris Nayfeld, for an Order granting him Modification of the Terms of his Supervised Release, and

UPON consideration of the Declarations and papers submitted in support thereof; and

UPON consideration of any opposition papers submitted in response; it is hereby

ORDERED that the Defendant's Motion is GRANTED and the

United States of America is Ordered to release the Defendant's Passport to Defense Counsel within ___days of this Order; and it is

FURTHER ORDERED that the Defendant is permitted to travel to Russia for a period of thirty (30) calendar days from the date of departure; and it is

FURTHER ORDERED that a copy of this Order shall be served upon all Parties within __ days hereof.


Dated: 				                    _____
                                            Hon. Katherine B. Forrest