UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA          16 Cr. 207 (KBF)

v.

BORIS NAYFELD

---

## DECLARATION OF BORIS NAYFELD IN SUPPORT OF MOTION TO MODIFY TERMS OF SUPERVISED RELEASE

Boris Nayfeld, hereby declares the following:

1. I am the Defendant in the above-captioned matter.

2. I submit this Declaration in support of my Motion To Modify Terms of Supervised Release.

3. I am seeking modification in order to be able to reside in Russia, where I have gainful employment awaiting me.

4. The Court previously entertained, and granted, my Motion to Modify to permit me to travel to Russia to look after my mother's grave. I traveled without incident or problem.

5. I suffer from diagnosed and actively-treated depression, and regularly treating with a doctor and taking medication for it.

6. If my Motion is granted and I am permitted to return to Russia, I will live peaceably over there.

7. On July 27, 2017, I was sentenced to 23 months imprisonment and 3 years of supervised release.

8. I cooperated with the Government in my prosecution.

1

9. I am of an advanced age (70 years old).

10. My former, criminal friends turned away from me following my conviction. I am very isolated in my current life, with no outlet.

11. I have suffered, and continue to suffer, from clinical depression as a result of my recent life circumstances. I see a psychiatrist and take medication for my condition.

12. I have tried to build a relationship with my son, and have been trying since the time of my release to get a job. Those efforts have failed, as no employer wants to hire me because of my felony status.

13. Having no occupation, and limited relationships around me, is a punishing existence.

14. I have no pertinent education or skills to compete in the U.S. job market. However, I have a job offer in Russia. Attached as "Exhibit B" is a true and accurate copy of a job offer I have there.

15. I need time and money to rebuild my mother's tombstone because it was vandalized (which I sent photographs of to my Probation Officer). However, I cannot do so as long as I am unemployed.

16. There is no need for community protection from me. Again, I am of advanced age, and realize that, in order to build a relationship with my son, I need to change my life around. I will pose no threat to the community if I move to Russia and no longer be connected to any friends or criminal enterprises here in New York.

17. I do not take any illegal drugs, or engage in any other kind of illicit activity. I am fully compliant with all terms of my Probation.

18. I fully complied with the terms of my travel to Russia, regularly report to my Probation Officer, and have had no Probation Violations.

19. As the Court is aware, I have a great deal of remorse for my previous actions—not simply because they put me where I am today, but because I have mended my ways, and desire to move on with my life.

20. There has been publicity following my 2016 arrest, as a result of which my reputation in my community has suffered.

21. Therefore, I am respectfully asking for the Court to grant my motion and permit me to reside and work in Russia, where I will be gainfully employed, able to care for my mother's grave, and have a social network.

Dated:   December 16, 2018
         Brooklyn, New York

_____
Boris Nayfeld

Sworn to before me this
16 day of December, 2018

_____
NOTARY PUBLIC

NATALIE SOTNIKOVA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SO6081450
Qualified in Kings County
My Commission Expires 10. 07 2022