# CURRICULUM VITAE

## IRINA KOROBOV, M.D.
100 Demarest Avenue
Closter, New Jersey 07624
[201] 660-7540

---

**OFFICE**

**North Bronx Healthcare Network**
Jacobi Medical Center
1400 Pelham Parkway South
Ambulatory Care Pavilion – Building 5, 4th Floor
Bronx, New York 10461
[718] 918-4574

**EXPERIENCE**

Medicine/Psychiatry
1989 – present

**Private Practice**
Brooklyn, New York

1991 - present

Albert Einstein College of Medicine
Department of Psychiatry
Jacobi Medical Center
Attending Psychiatrist
Comprehensive Addiction Treatment Center
Inpatient and Outpatient Units

1995 – present

Jacobi Medical Center
Nurses' Residence
Outpatient Clinic

1996 – 2001

New Hope Guilt Center
Psychiatrist

**1993 - 1995**

Albert Einstein College of Medicine
Department of Psychiatry
Jacobi Medical Center
Child Psychiatrist
Family and Youth Alcohol Program

**1990 – 1991**

Albert Einstein College of Medicine
Department of Psychiatry
Jacobi Medical Center
Chief Psychiatrist
Inpatient Psychiatric Unit

| | |
|---|---|
| **1987 - 1990** | Albert Einstein College of Medicine<br>Department of Psychiatry<br>Clinical Instructor in Psychiatry<br>Teaching and Supervision of AECOM Medical Students |

## POST-GRADUATE EDUCATION

Board Eligible

| | |
|---|---|
| Psychiatric Residency<br>July 1984 to July 1987 | Mount Sinai Services<br>City Hospital Center at Elmhurst<br>Queens, New York |
| Internship in Medicine<br>And Psychiatry<br>August 1983 to July 1984 | Louisiana State University Medical School<br>Department of Psychiatry<br>Charity Hospital<br>New Orleans, Louisiana |
| Volunteer Physician<br>February 1983 to July 1983 | Metropolitan Hospital<br>Department of Pathology<br>New York, New York |
| 1982<br>1982 | ECFM6 N 304 – 124 -1<br>FLEX N 02404 |
| Internship in Medicine<br>July 1976 to January 1977 | First Leningrad Medical School<br>Erisman's Hospital<br>Leningrad, USSR (St. Petersburg) |

## EDUCATION

| | |
|---|---|
| June 1976 – M.D. | First Leningrad Pavlov's School of Medicine<br>Leningrad, USSR (St. Petersburg) |

## SPECIAL SKILLS

Languages: Russian and Polish



IRINA M. KOROBOV, M.D.
PSYCHIATRIST
1130 BRIGHTON BEACH AVENUE
BROOKLYN, NY 11235
Telephone (718) 648-3743

December 4, 2018

Re: Boris Nayfeld

To Whom It May Concern:

Boris Nayfeld has been under my care since November13, 2017 being treated for major Depressive Disorder with psychotropic medications and psychotherapy.

Patient was placed on Zoloft for depression, Lorazepam for anxiety and Zolpidem for insomnia.

In a therapy session patient seems to be genuine. Mr. Nayfeld has a criminal past and has regretted the fact that he lost his relationship with his family and friends. He stated that his life was a total disappointment, and that he was a looser who caused a lot of pain too many people including his family. He is very sad about the fact that he was incarcerated when his mother died, and how he wished he could change this, but at the age of 70 years it seems impossible. He feels immense amount of remorse about things he did in the past .Had he have the chance he would have done things differently. Remarkable is the fact that he does not look for the reasons or excuses for his criminal past .He takes responsibility for his own actions and bad judgements. Now at the age of 70 he feels empty and unfulfilled. He has no relationship with his daughter and grandchildren .He has no education which would allow him to apply himself in a positive way .His genuine attempts to secure employment proved to be futile. He has no place in the community He is working hard to rekindle relationship with his son. He stated that he was offered a job in Russia. He hopes that when he is employed and applies himself towards what is good and positive would help him to prove to his son that he is not a total looser. He wants to show that he can be someone his son could look up to. He

**IRINA M. KOROBOV, M.D.**
PSYCHIATRIST
1130 BRIGHTON BEACH AVENUE
BROOKLYN, NY 11235
Telephone (718) 648-3743



wants to make his son proud that he tries to turn his life around and find his place in the community. Nayfeld has been depressed, anxious, and at times has suicidal thoughts when he becomes preoccupied with thoughts of his future and his past. Despite treatment with medication and therapy he continues to have all of the symptoms. He believes that going back to Russia would help him to regain emotional equilibrium, have a job and a place in the community. The job he was offered requires him to be at work five days a week 9 to 6. His job duties would entail organizing sales. He would have a direct supervisor.

In my professional opinion that Mr. Nayfeld will benefit from such a change of environment because that would require putting himself in a stable and regimented environment.

Kindly take into consideration all these facts when making a decision regarding Mr. Boris Nayfeld.

Sincerely,                    Irina M. Korobov, M.D.
                              New York LIC# 169944

**Irina Korobov, MD**       *[signature]*
**Attending Psychiatrist**