*IAV TRANSLATION SERVICES, INC*
*513 Brighton Beach Ave.*
*second floor*
*Brooklyn, New York 11235*
*Tel. 718-743-8732*

---

## EMPLOYMENT CONTRACT

### №M/1018/BN

Bryansk

10.24.18

Limited Liability Company "Mill", hereinafter referred to as the "Employer", represented by General Director R.L. Lebedev, acting under the Charter, on the one hand, Boris Nayfeld, hereinafter referred to as the "Employee", on the other hand, together referred to as the "Parties", have entered into this employment contract as follows.

### 1. The Subject of the Agreement

1.1. The employee is recruited in the Limited Liability Company "Mill" for the position of commercial director.

1.2. The work under this contract is the main one for the Employee.

1.3. Worker's place of work is located at the address: 82 Bolkhovskaya St., Bryansk

1.4. The immediate supervisor is the CEO.

1.5. This employment contract is for 1 year with renewal.

1.6. Date of commencement of work 11.01.18.

1.7. The worker is accepted on work with a trial period of 3 months.

1.8. The working conditions at the workplace of the Employee are safe - no harmful and dangerous working conditions have been identified.

### 2. Rights and obligations of the Employee

2.1. The employee has the right to:

• Providing him with a job pursuant to an employment contract;

• payment of wages in the amount and in the manner prescribed by the employment contract;

№M/1018/BN

- the provision of a workplace that meets state regulatory requirements for labor protection;
- rest, compliance with daily working hours, weekly holidays, paid vacations in accordance with the labor contract and labor legislation of the Russian Federation;
- complete reliable information on working conditions and labor protection requirements;
- compulsory social insurance;
- the exercise of other rights stipulated by the labor legislation of the Russian Federation.

2.2. The employee must:

- conscientiously fulfill his duties as stipulated by the job description (Appendix No. 1 to the contract);
- take care of the property provided by the Employer;
- systematically improve his skills;
- not to disclose confidential (commercial, technical, personal) information that has become known in the process of performing the labor function;
- immediately inform the Employer about the occurrence of a situation that represents a threat to the life and health of people, the safety of the property of the Employer;
- not to give interviews, not to hold meetings and negotiations concerning the activities of the Employer, without the prior permission of the management;
- by order of the Employer, go on business trips in Russia and abroad.

2.3. Not including in the employment contract any of the rights and (or) obligations of the Employee, established by the labor legislation of the Russian Federation and other regulatory legal acts containing labor law norms, local regulatory acts, cannot be considered as a refusal to exercise these rights or perform such duties.

## 3. Rights and obligations of the Employer

3.1. The employer has the right to:

- to encourage the Employee for diligent effective work by paying bonuses and remuneration in the manner and on the conditions established by the Regulations on bonuses and other local regulations of the Employer;
- require the Employee to fulfill their job duties and respect for the property of the Employer;
- require the Employee to comply with the Internal Labor Regulations and other local regulations, safety regulations, industrial hygiene and fire protection;

№M/1018/BN

• to monitor the fulfillment by the Employee of labor duties, the Internal Labor Regulations and other local regulatory acts;

• to bring the Employee to disciplinary and financial responsibility in the manner established by the Labor Code and other federal laws;

• exercise other rights stipulated by the labor legislation of the Russian Federation, the Internal Labor Regulations and other local regulatory acts.

3.2. The employer must:

• Comply with labor laws and other regulatory legal acts containing labor law norms, local regulatory acts, terms of a collective agreement, agreements, and an employment contract;

• provide the Employee with work stipulated in this contract;

• familiarize the Employee with labor protection requirements when working with equipment and facilities provided by the Employer;

• pay in full the wages owed to the Employee in the terms established by the employment contract;

• to acquaint the Employee with the adopted local regulations that are directly related to his work activity;

• perform other duties stipulated by the labor legislation of the Russian Federation and other regulatory legal acts that contain the norms of labor law, agreements, local regulatory acts and this employment contract.

## 4. Working time and rest time

4.1. The employee is set to normal working hours - 40 hours a week.

4.2. The employee is set to the following working hours:

- Five-day working week with two days off (Saturday and Sunday);

- the duration of daily work - 8 hours;

- the beginning of work - 9-00, the termination of work - 18-00;

- break for rest and food - from 13-00 to 14-00.

The employer has the right to involve the Employee in work on weekends and non-working holidays, as well as in overtime work in the manner and on the conditions established by the labor legislation of the Russian Federation.

4.3. For family reasons and other valid reasons, the Employer, upon his request, the Employer can provide leave without pay.

№M/1018/BN

## 5. Conditions of remuneration

5.1. For the performance of the labor function of the Employee, the official salary is set at $ 30,000 with a quarterly bonus.

5.2. Payment of wages is made in US dollars or in equivalent in rubles of the Russian Federation in non-cash form by transfer to the bank account of the Employer specified in the details of the contract. In cases of changing the details of the Employee must immediately notify the employer.

5.3. The employer, when paying wages to the Employee, withholds the personal income tax in the amount established by the RF Tax Code.

## 6. Responsibilities of the Parties

6.1. The parties are responsible for the non-fulfillment or improper performance of their duties and obligations established by the legislation of the Russian Federation, the Internal Labor Regulations, other local regulations of the Employer and this employment contract.

6.2. For non-fulfillment or improper fulfillment by the Employee due to his fault of the work duties assigned to him, the Employee may be subject to disciplinary measures provided for by the Labor Code of the Russian Federation.

6.3. The parties may be brought to the material and other liability in cases and in the manner provided for by the Labor Code of the Russian Federation and other federal laws.

## 7. Modification and termination of an employment contract

7.1. Modification of the conditions of an employment contract determined by the parties is allowed only by agreement of the Parties, which is executed by an additional agreement, which is an integral part of this employment contract.

7.2. Upon termination of the employment contract on the basis specified in paragraph 4 of Part 1 of Art. 81 of the Labor Code of the Russian Federation, compensation is paid in the amount of three times the average monthly earnings.

7.3. This employment contract may be terminated on the grounds provided for by the Labor Code of the Russian Federation.

## 8. Final provisions

8.1. In all that is not provided for in this employment contract, the Parties are guided by the laws of the Russian Federation.

№M/1018/BN

8.2. The terms of this agreement are not subject to disclosure in full or in part in any form, including publication in print or on the Internet.

| Employer | Worker |
|---|---|
| Lebedev R.L. | Nayfeld B. |
| Signature | Signature |
| 10.24.18 | 10.24.18 |

Company Stamp

## CERTIFICATE OF ACCURACY

I, SABINA OMAROVA, do hereby declare that I am fully competent in both the English and Russian languages and that the above is true translation of the document submitted to me in Russian to the best of my knowledge and belief.

Signature

NATALIE SOTNIKOVA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SO6081450
Qualified in Kings County
My Commission Expires 10. 07. 2022

№M/1018/BN

## ТРУДОВОЙ ДОГОВОР
## №М/1018/БН

Брянск                                                                                                                   24.10.18

ООО «Мельница», именуемое в дальнейшем "Работодатель", в лице Генерального Директора Лебедева Р.Л., действующего на основании Устава, с одной стороны и Найфельд Борис, именуемый в дальнейшем "Работник", с другой стороны, вместе именуемые "Стороны", заключили настоящий трудовой договор о нижеследующем.

### 1. Предмет договора

1.1. Работник принимается на работу в ООО «Мельница» на должность коммерческого директора.
1.2. Работа по настоящему договору является для Работника основной.
1.3. Рабочее место Работника располагается по адресу: г. Брянск ул. Болховская, 82.
1.4. Непосредственным руководителем является Генеральный директор.
1.5. Настоящий трудовой договор заключен на 1 год с пролонгацией.
1.6. Дата начала работы 01.11.18.
1.7. Работник принимается на работу с испытательным сроком 3 месяца.
1.8. Условия труда на рабочем месте Работника безопасные - вредные и опасные условия труда не выявлены.

### 2. Права и обязанности Работника

2.1. Работник имеет право на:

- предоставление ему работы, обусловленной трудовым договором;
- выплату заработной платы в размере и в порядке, предусмотренных трудовым договором;
- предоставление рабочего места, соответствующего государственным нормативным требованиям охраны труда;
- отдых, соблюдение ежедневной продолжительности рабочего времени, еженедельных выходных дней, оплачиваемых отпусков в соответствии с трудовым договором и трудовым законодательством РФ;
- полную достоверную информацию об условиях труда и требованиях охраны труда;
- обязательное социальное страхование;
- осуществление иных прав, предусмотренных трудовым законодательством РФ.

2.2. Работник обязан:

- добросовестно исполнять свои обязанности, предусмотренные должностной инструкцией (Приложение № 1 к договору);
- бережно относиться к имуществу, предоставленному ему Работодателем;
- систематически повышать свою квалификацию;
- не разглашать конфиденциальную (коммерческую, техническую, персональную) информацию, ставшую известной в процессе осуществления трудовой функции;

- незамедлительно сообщать Работодателю о возникновении ситуации, представляющей угрозу жизни и здоровью людей, сохранности имущества Работодателя;
- не давать интервью, не проводить встречи и переговоры, касающиеся деятельности Работодателя, без предварительного разрешения руководства;
- по распоряжению Работодателя отправляться в служебные командировки на территории России и за рубежом.

2.3. Не включение в трудовой договор каких-либо из прав и (или) обязанностей Работника, установленных трудовым законодательством РФ и иными нормативными правовыми актами, содержащими нормы трудового права, локальными нормативными актами, не может рассматриваться как отказ от реализации этих прав или исполнения таких обязанностей.

### 3. Права и обязанности Работодателя

3.1. Работодатель имеет право:

- поощрять Работника за добросовестный эффективный труд путем выплаты премий, вознаграждений в порядке и на условиях, установленных Положением о премировании и иными локальными нормативными актами Работодателя;
- требовать от Работника исполнения ими трудовых обязанностей и бережного отношения к имуществу Работодателя;
- требовать от Работника соблюдения Правил внутреннего трудового распорядка и иных локальных нормативных актов, правил техники безопасности, производственной санитарии и противопожарной защиты;
- контролировать выполнение Работником трудовых обязанностей, Правил внутреннего трудового распорядка и иных локальных нормативных актов;
- привлекать Работника к дисциплинарной и материальной ответственности в порядке, установленном Трудовым кодексом и иными федеральными законами;
- осуществлять иные права, предусмотренные трудовым законодательством РФ, Правилами внутреннего трудового распорядка и иными локальными нормативными актами.

3.2. Работодатель обязан:

- соблюдать трудовое законодательство и иные нормативные правовые акты, содержащие нормы трудового права, локальные нормативные акты, условия коллективного договора, соглашений и трудового договора;
- предоставить Работнику работу, обусловленную настоящим договором;
- ознакомить Работника с требованиями охраны труда при работе с оборудованием и средствами, предоставленными Работодателем;
- выплачивать в полном размере причитающуюся Работнику заработную плату в сроки, установленные трудовым договором;
- знакомить Работника с принимаемыми локальными нормативными актами, непосредственно связанными с его трудовой деятельностью;
- исполнять иные обязанности, предусмотренные трудовым законодательством РФ и иными нормативными правовыми актами, которые содержат нормы трудового права, соглашениями, локальными нормативными актами и настоящим трудовым договором.

**№М/1018/БН**

### 4. Рабочее время и время отдыха

4.1. Работнику устанавливается нормальная продолжительность рабочего времени - 40 часов в неделю.

4.2. Работнику устанавливается следующий режим рабочего времени:
- пятидневная рабочая неделя с двумя выходными днями (суббота и воскресенье);
- продолжительность ежедневной работы – 8 часов;
- начало работы – 9-00, окончание работы – 18-00;
- перерыв для отдыха и питания – с 13-00 до 14-00.

Работодатель вправе привлекать Работника к работе в выходные и нерабочие праздничные дни, а также к сверхурочной работе в порядке и на условиях, установленных трудовым законодательством РФ.

4.3. По семейным обстоятельствам и другим уважительным причинам Работнику по его заявлению Работодатель может предоставить отпуск без сохранения заработной платы.

### 5. Условия оплаты труда

5.1. За выполнение трудовой функции Работнику устанавливается должностной оклад в размере $30'000 с квартальным бонусом.

5.2. Выплата заработной платы производится в долларах США или в эквиваленте в рублях РФ в безналичной форме путем перечисления на расчетный счет Работника, указанный в реквизитах договора. В случаях изменения реквизитов Работник обязан незамедлительно сообщить об этом Работодателю.

5.3. Работодатель при выплате заработной платы Работнику удерживает НДФЛ в размере, установленном НК РФ.

### 6. Ответственность Сторон

6.1. Стороны несут ответственность за неисполнение или ненадлежащее исполнение своих обязанностей и обязательств, установленных законодательством РФ, Правилами внутреннего трудового распорядка, иными локальными нормативными актами Работодателя и настоящим трудовым договором.

6.2. За неисполнение или ненадлежащее исполнение Работником по его вине возложенных на него трудовых обязанностей к Работнику могут быть применены дисциплинарные взыскания, предусмотренные ТК РФ.

6.3. Стороны могут быть привлечены к материальной и иной ответственности в случаях и порядке, предусмотренных ТК РФ и иными федеральными законами.

### 7. Изменение и прекращение трудового договора

7.1. Изменение определенных сторонами условий трудового договора допускается только по соглашению Сторон, которое оформляется дополнительным соглашением, являющимся неотъемлемой частью настоящего трудового договора.

7.2. При расторжении трудового договора по основанию, указанному в п. 4 ч. 1 ст. 81 ТК РФ, выплачивается компенсация в размере трехкратного среднего месячного заработка.

7.3. Настоящий трудовой договор может быть прекращен по основаниям, предусмотренным Трудовым кодексом РФ.

**№М/1018/БН**

8. Заключительные положения

    8.1. Во всем, что не предусмотрено настоящим трудовым договором, Стороны руководствуются законодательством РФ.

    8.2. Условия настоящего договора не подлежат оглашению полностью или частично в любой форме, в том числе опубликованию в печати или размещению в сети Интернет.

Работодатель:                                                                           Работник:

Лебедев Р.Л.                                                                            Найфельд Б.

_____         _____

Подпись                                                                             Подпись
24.10.18                                                                          24.10.18

**№М/1018/БН**